IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON

UNITED STATES OF AMERICA

v.   CRIMINAL ACTION NO. 2:19-00120-01

RANNIEL ACOSTA

## MEMORANDUM OPINION AND ORDER

Pending before the court is defendant's motion to appoint counsel and for compassionate release.  See ECF No. 172.  The Bureau of Prisons' Inmate Locator indicates that defendant has been released.  Therefore, his motion is **DENIED** as moot.  The motion of the United States to seal, see ECF No. 177, is **GRANTED**.

The Clerk is directed to send a copy of this Order to defendant, counsel of record, and the Probation Office of this court.

It is SO ORDERED this 4th day of February, 2022.

ENTER:

*David A. Faber*
David A. Faber
Senior United States District Judge